AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the
Northern District of California

**Christian Garibaldi**
*Plaintiff(s)*

v.

**The Tile Shop, Inc.**
*Defendant(s)*

Civil Action No. **5:24-cv-02232-NC**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address* The Tile Shop, Inc.
Serve: Registered Agent
Mr. Carl Brodsky
1005 Harrison Street
Berkeley, CA 94710

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Matthew L. Rollin
SRIPLAW, P.A.
8730 Wilshire Boulevard Suite 350
Beverly Hills, CA 90211
323.452.5600 – Telephone
matthew.rollin@sriplaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*
*Mark B.Busby*

Date: April 16, 2024

*Signature of Clerk or Deputy Clerk*