UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTIAN GARIBALDI,<br><br>        Plaintiff,<br><br>    v.<br><br>THE TILE SHOP, INC.,<br><br>        Defendant. | Case No. 24-cv-02232-WHO<br><br>**ORDER OF DISMISSAL UPON SETTLEMENT**<br><br>Re: Dkt. No. 13 |

    The plaintiff in this action, by and through his counsel, has advised the Court that the parties have agreed to a settlement.

    IT IS ORDERED that this matter is DISMISSED WITH PREJUDICE and any hearings scheduled in this matter are VACATED.  It is further ordered that if any party certifies to this Court, with proper notice to opposing counsel within ninety (90) days from the date below, that settlement has not in fact occurred, this order shall be vacated and this cause shall be restored to the calendar for further proceedings.  **IT IS SO ORDERED**.

Dated: April 30, 2024



WILLIAM H. ORRICK  
United States District Judge